UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEWAINE STEWART,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>KING COUNTY CORRECTIONAL FACILITY,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-cv-86-RJB-DWC<br><br>ORDER ON REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge David W. Christel. Dkt. 7. The Court has reviewed R&R, to which no objections were filed, and the remaining file. Being fully informed, the Court does hereby find and ORDER:

(1) The Report and Recommendation **IS ADOPTED**;

(2) Plaintiff's complaint, and this matter, **ARE DISMISSED** without prejudice;

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 9th day of August, 2022.

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON REPORT AND RECOMMENDATION - 1